[35 NYS3d 918]

In the Matter of JOHN H. COOK (Admitted as JOHN H. COOK, JR.), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Petitioner.

Second Department, August 3, 2016

**APPEARANCES OF COUNSEL**

*Diana Maxfield Kearse*, Brooklyn (*Sasha N. Holguin* of counsel), for petitioner.

## OPINION OF THE COURT

Per Curiam.

On July 28, 2015, the respondent pleaded guilty in the Supreme Court, Queens County, to grand larceny in the third degree, a class D felony, in violation of Penal Law § 155.35. On September 14, 2015, the respondent was sentenced to five years of probation. The Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts now moves to strike the respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b), based upon his felony conviction. Although the respondent was duly served, he has neither opposed the instant motion, nor interposed any response thereto.

Pursuant to Judiciary Law § 90 (4) (a), the respondent was automatically disbarred and ceased to be an attorney upon his conviction of a felony.

Accordingly, the motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted, pursuant to Judiciary Law § 90 (4) (b), to reflect the respondent's automatic disbarment as of July 28, 2015.

Eng, P.J., Rivera, Dillon, Balkin and Duffy, JJ., concur.

Ordered that pursuant to Judiciary Law § 90 (4) (a), the respondent, John H. Cook, admitted as John H. Cook, Jr., is disbarred, effective July 28, 2015, and his name is stricken from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b); and it is further,

Ordered that the respondent, John H. Cook, admitted as John H. Cook, Jr., shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (*see* 22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent, John H. Cook, admitted as John H. Cook, Jr., is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and its is further,

Ordered that if the respondent, John H. Cook, admitted as John H. Cook, Jr., has been issued a secure pass by the Office

of Court Administration, it shall be returned forthwith to the issuing agency and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 691.10 (f).